1 | BENJAMIN B. WAGNER
United States Attorney
2 | AUDREY B. HEMESATH
SHELLEY D. WEGER
3 | Assistant United States Attorney
501 I Street, Suite 10-100
4 | Sacramento, CA 95814
Telephone: (916) 554-2700
5 | Facsimile:  (916) 554-2900

6

Attorneys for Plaintiff
7 | United States of America

**FILED**

JUL 2 9 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

8

## IN THE UNITED STATES DISTRICT COURT

9

### EASTERN DISTRICT OF CALIFORNIA

10

11 | IN THE MATTER OF THE APPLICATION
OF THE UNITED STATES OF AMERICA
12 | FOR SEARCH WARRANTS CONCERNING:

13 | SEIZED STORAGE MEDIA, CURRENTLY
LOCATED AT 3720 DUDLEY DRIVE,
14 | MCCLELLAN, CA 95652

2:13-SW-0512 AC

[PROPOSED] ORDER TO UNSEAL SEARCH
WARRANTS AND SEARCH WARRANT
AFFIDAVITS

15

16         Upon application of the United States of America and good cause having been shown,

17         IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, hereby

ordered unsealed.

18

19 | Dated:   7/28/16 _____

20

_____
The Honorable Allison Claire
UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28

[PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS